AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GEORGE LYONS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:24-cv-00232

SHERIFF WHITTLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed January 24, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Petitioner's 28 U.S.C. § 2241 Petition is dismissed without prejudice. The Court denies issuance of a Certificate of Appealability and Petitioner is denied leave to appeal in forma pauperis.   This case stands closed.



| 1/24/2025 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |

*(By)* Ann Duke, Deputy Clerk